IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YOKOGAWA CORPORATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STEVE CAMPBELL, <br><br> *Defendant.* | Case No. 4:23-cv-00187 |

**AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**

Plaintiff Yokogawa Corporation of America ("**Plaintiff**" or "**Yokogawa**") and Defendant Steve Campbell ("**Defendant**" or "**Campbell**") (Yokogawa and Campbell are referred to collectively as the "**Parties**") have agreed to the terms of this Agreed Permanent Injunction and Order of Dismissal. The Parties, therefore, request that this Court order the following:

1. To the extent that he has not done so already, Campbell and all those acting in concert with him shall:

    a. return to Yokogawa all non-public Yokogawa information that relates to Yokogawa's business ("Yokogawa Confidential Information") that is within his possession, custody, or control within ten business days of entry of this Permanent Injunction; and

    b. refrain from retaining, using, or disclosing confidential, proprietary and trade secret information belonging to Yokogawa (as well as any intellectual property derived therefrom). Within ten business days of entry of this Permanent Injunction, Campbell shall purge himself of any such Yokogawa materials in his possession,

1

      custody, or control; and

    c. Declare under penalty of perjury that any and all Yokogawa Confidential Information that was in, or is in, his possession has been permanently destroyed, with no copies of any Yokogawa Confidential Information having been saved, uploaded, or forwarded to any computer, device, or account owned by or accessible to Campbell, that he no longer possesses or has access to any Yokogawa Confidential Information and that no Yokogawa Confidential Information has been transferred to any other person or entity.

2. Campbell and all those acting in concert with him will not, directly or indirectly, solicit, have contact with, accept business from, or service any Yokogawa customer that Campbell had contact with during his employment. A specific list of prohibited companies is set forth in Exhibit 1 (filed under seal) to this Agreed Permanent Injunction and Order of Dismissal.

3. Campbell and all those acting in concert with him will not, directly or indirectly, solicit or hire any Yokogawa employees.

4. Campbell and all those acting in concert with him will otherwise comply with the terms of the Employment Agreement.

5. The timeframe for the restrictions set forth in this Permanent Injunction shall be through and including February 1, 2025.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of this Agreed Permanent Injunction and Dismissal Order and the terms of the Parties' Settlement Agreement.

IT IS FURTHER ORDERED that this Order shall constitute Final Judgment as to all claims and parties in the above-captioned litigation, and, as no further matters remain pending, shall be dismissed with prejudice, with each Party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
**The Honorable Sim Lake**
**United States District Court**
**Southern District of Texas**

**WE SO MOVE/STIPULATE and agree to abide by the terms of this Order.**

**Dated: January 30, 2023**

                                       Respectfully Submitted,

                                       **AHMAD, ZAVITSANOS & MENSING, PLLC**

                                       */s/ Rey Flores*
                                       Joe Ahmad
                                       Texas Bar No. 00941100
                                       Fed ID 11604
                                       Rey Flores
                                       Texas Bar No. 24068777
                                       Fed ID 3351160
                                       Alexander M. Dvorscak
                                       Texas Bar No. 24120461
                                       Fed ID 3610557
                                       1221 McKinney Street, Suite 2500
                                       Houston, Texas 77010
                                       Telephone: 713-655-1101
                                       Facsimile: 713-655-0062
                                       joeahmad@azalaw.com
                                       rflores@azalaw.com
                                       advorscak@azalaw.com

                                       *ATTORNEYS FOR PLAINTIFF*

                                       */s/ Steve Campbell*
                                       **Steve Campbell**

                                       *PRO SE DEFENDANT*